UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Gerard Trokon Karyeah**   Docket No. 5:10-CR-226-1BO
**Petition for Action on Supervised Release**

COMES NOW Michael C. Brittain, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Gerard Trokon Karyeah, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on December 15, 2010, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 31, 2015, Mr. Karyeah relocated with his family to the Western District of North Carolina. He has obtained a residence and employment in the Western District and they accepted transfer of supervision in his case. They are requesting the addition of a search condition be completed in his case to match the supervision of other offenders in their district. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall submit his person, residence, office, vehicle and/or any computer system including computer data storage media, or any electronic device capable of storing, retrieving, and/or accessing data to which they have access or control, to a search, from time to time, conducted by any United States Probation Officer and such other law enforcement personnel as the probation officer may deem advisable, without a warrant. The defendant shall warn other residents or occupants that such premises, vehicles or electronic devices may be subject to searches pursuant to this condition. .

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8674
Executed On: April 2, 2015

**ORDER OF THE COURT**

Considered and ordered this ___2___ day of __April__, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge